# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

135269

GENRE BROGUE,
        Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

SC:  135269

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

Clerk

d0114